# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: HENRY A. AHNERT, III, : No. 209 MAL 2014
IRREVOCABLE LIFE INSURANCE :
TRUST, DATED 12/31/1995 :
  : Petition for Allowance of Appeal from the
  : Order of the Superior Court
PETITION OF: RHETA A. KILLIAN :
(CONNOR AHNERT) :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.